UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NBC UNIVERSAL, INC., FOX NEWS
NETWORK, LLC, and FOX TELEVISION
STATIONS, INC.,

                      Plaintiffs,

            v.                             **ECF Case**

REDLASSO, INC.,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges of this Court to determine the need for recusal, NBC Universal, Inc. ("NBCU") states that it is owned (through intermediate entities) by General Electric Company and Vivendi Universal, S.A., both of which are publicly held corporations. No other publicly held company owns more than 10 percent of the stock of NBCU.

Dated: New York, New York
         July 23, 2008

                              Respectfully submitted,

                              LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                              By: _____

Of counsel:                      Robert Penchina

Jeanette Melendez Bead        321 West 44th Street, Suite 510
LEVINE SULLIVAN KOCH &    New York, NY 10036
SCHULZ, LLP                 (212) 850-6100
1050 17th Street NW, Suite 800
Washington, DC 20036
(202) 508-1100              Attorneys for Plaintiffs NBC Universal, Inc., Fox
                              News Network, LLC, and Fox Television Stations,
                              Inc.