%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

NBC Universal, Inc., Fox News Network, LLC and
Fox Television Stations, Inc.

V.

Redlasso, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6544

TO: (Name and address of Defendant)

Redlasso, Inc.
620 Allendale Road
Suite 100-A
King of Prussia, PA 19406

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Penchina
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 510
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 23 2008

CLERK                                             DATE

(By) DEPUTY CLERK

*Stamp: JUDGE KAPLAN*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                         *Signature of Server*

                                                      _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

United States District Court- Southern District of New York
(NAME OF COURT)

| NBC Universal | vs Redlasso Inc. | 08-CIV-6544 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I Scott Segal, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Redlasso Inc.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) _Civil Cover Sheet, Summons, Complaint, Rule 7.1 Statement for NBC Universal, Rule 7.1 Statement for Fox Entities, Magistrate Peck's Rules, Judge Kaplan's Rules, + SDNY ECF Rules_

by leaving with Gil Edwards        Office Mgr.          At
               NAME              RELATIONSHIP

☐ Residence _____
              ADDRESS                CITY / STATE

☒ Business 620 Allendale Rd. Suite 100A    King of Prussia, PA 19406
              ADDRESS                CITY / STATE

On July 23rd, 2008          AT 4:35PM
     DATE                      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE
from _____
     CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                  DATE    TIME         DATE    TIME
(3) _____ (4) _____ (5) _____
    DATE   TIME      DATE   TIME      DATE   TIME

**Description:** Age 38  Sex M  Race W  Height 5'11"  Weight 185  Hair Brn  Beard ___  Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 24th day of July, 2008, by Scott Segal
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of PA



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STEPHANIE HOPE COOPER, Notary Public
Upper Southampton Twp., Bucks County
My Commission Expires April 11, 2012