KAPLAN, T

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
NBC UNIVERSAL, INC., FOX NEWS :
NETWORK, LLC, and FOX TELEVISION :
STATIONS, INC., :
:
              Plaintiffs, :  No. 08-Civ.-6544 (LAK)
    v. :  ECF Case
REDLASSO, INC., :
              Defendant. :
---------------------------------- x

## FINAL JUDGMENT AND
## INJUNCTION ON CONSENT

WHEREAS, Plaintiffs NBC Universal, Inc., Fox News Network, LLC, and Fox Television Stations, Inc. initiated this case asserting copyright infringement and other claims against Defendant Redlasso, Inc. ("Redlasso") on July 23, 2008;

WHEREAS, following the filing of this case, Redlasso discontinued its practice of making available via its website (www.redlasso.com) Plaintiffs' copyrighted television and radio content;

WHEREAS, Redlasso expressly denies, and the Plaintiffs expressly affirm, the allegations of copyright infringement and other claims set forth in the complaint; and

WHEREAS, in order to avoid the cost and inconvenience of litigation, the parties subsequently agreed to the settlement of this dispute, which settlement includes Redlasso's consent to the entry of the Final Judgment and Injunction on Consent set forth herein, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

{00155760;v2}         1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/22/08

1. Redlasso, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them or any of them, are permanently enjoined and restrained from:

   a. publicly performing, publicly displaying or distributing to the public (including but not limited to via the internet or via the website accessible at www.redlasso.com or any other website), by any means or methods (including but not limited to by making available for third parties to download or by streaming content from Redlasso's computers such that it may be viewed and/or heard by Internet users) in whole or in part, whether as entire programs or as excerpts or clips, any copyrightable television or radio content broadcast, cablecast, transmitted by satellite or otherwise aired by any of the Plaintiffs (the "Plaintiffs' Copyrightable Content") without express written license and or express written authorization from the Plaintiff(s);

   b. providing any services whereby Redlasso knowingly hosts, or otherwise makes available, the Plaintiffs' Copyrightable Content for publication or presentation to the public by any third party (including but not limited to by means of inline or other linking from any third-party website) without express written license and or express written authorization from the Plaintiff(s);

   c. knowingly reproducing by any means or methods, or maintaining copies of, the Plaintiffs' Copyrightable Content, in whole or in part, for any purpose enjoined pursuant to paragraphs 1(a) or 1(b) above without express written license and or express written authorization from the Plaintiff(s); and

   d. using the name or marks NBC or FOX, alone or in combination with any word, name, symbol or device, in any manner that suggests that (i) Plaintiffs have authorized Redlasso to use the Plaintiffs' Copyrightable Content for any purpose, or

{00155760;v2}                                2

(ii) Plaintiffs endorsed, sponsored, are affiliated with or are otherwise connected to Redlasso or to any business operated by Redlasso without express written license and or express written authorization from the Plaintiff(s).

2. This Final Judgment and Injunction on Consent shall be binding on the parties, their corporate parents, affiliates, subsidiaries, successors and assigns.

3. Pursuant to settlement between the parties, Plaintiffs Complaint is hereby dismissed with prejudice.

4. This Court shall retain jurisdiction of this matter to enforce the terms of this Final Judgment and Injunction on Consent. If Redlasso or any other person or entity bound by the provisions hereof is subsequently held to be in contempt of this Final Judgment and Injunction on Consent, Plaintiffs shall be entitled to request, among other remedies, that the Court award Plaintiffs their attorneys' fees and other costs and expenses incurred in connection with any such contempt proceeding. *The Clerk shall close the case.*

Dated: New York, New York

10/21, 2008

/s/ United States District Judge

Entry of the foregoing Final Judgment and Injunction on Consent is hereby consented to by the parties' undersigned counsel.

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: /s/ Robert Penchina    Date: 10/21/08

321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
Attorneys for Plaintiffs NBC Universal, Inc., Fox News Network, LLC, and Fox Television Stations, Inc.

KELLEY, JASONS, MCGOWAN, SPINELLI, & HANNA, L.L.P.

By: /s/ Christopher P. Hannan    Date: 10-'17-08

120 Wall Street, 30th Floor
New York, NY 10005
(212) 344-7400

Attorneys for Defendant Redlasso, Inc.

{00155760;v2}    3